**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 99-7054**

───────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

JAMES E. CARR,

                              Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry C. Morgan, Jr., District Judge.  (CR-93-66-N)

───────────────

Submitted:  February 10, 2000      Decided:  February 14, 2000

───────────────

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

James E. Carr, Appellant Pro Se.  Carol M. Marx, Special Assistant United States Attorney, Norfolk, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James E. Carr seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Carr, No. CR-93-66-N (E.D. Va. Sept. 24, July 10, 1998 and July 15, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. We also deny Carr's motions to appoint counsel, to authorize preparation of a transcript at government expense, and to amend his informal brief.

DISMISSED

2